## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Nancy Gianakopoulos,

Plaintiff,

v.

KILOLO KIJAKAZI,
Commissioner of Social Security,

Defendant.

Case No. 20-cv-04456
Judge Susan E. Cox

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒    other:    Judgment    is    entered    in    favor    of    Plaintiff,    Nancy
Gianakopoulos, and against Defendant, KILOLO KIJAKAZI, Commissioner of Social
Security.    This matter   is remanded  to  the Social Security Administration for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Susan E. Cox on a motion for summary judgment.

Date: 4/18/2021                         Thomas G. Bruton, Clerk of Court
                                        Gia Willis , Deputy Clerk